## 60816. HOUSING AUTHORITY OF THE CITY OF ATLANTA v. GREEN.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

ARGUED OCTOBER 9, 1980 — DECIDED OCTOBER 31, 1980.

*Lenwood A. Jackson,* for appellant.

*Deborah Ebel,* for appellee.